UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JAN 28 2009

FILED

United States of America

v.                                    Case No. 09-cr-30-PB

Edward Brown and
Elaine Brown

### SEALED ORDER

I recuse myself from presiding over this case for the same reasons set forth in my order dated October 12, 2007 in United States v. Jason Gerhard (07-cr-168), United States v. Daniel Riley (07-cr-189), United States v. Robert Wolffe (07-cr-190) and United States v. Cirino Gonzalez (07-cr-191).

The case shall be assigned to another judge.

SO ORDERED.

Paul Barbadoro
United States District Judge

January 28, 2009

cc:  Counsel of Record