# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| v. | ) |
| | ) Docket no. 1:09-CR-30-GZS |
| EDWARD BROWN & ELAINE BROWN, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER ON MOTION FOR PERIODIC VISITS

Before the Court is Defendant Elaine Brown's Motion for Periodic Visits with Co-Defendant Edward Brown (Docket # 20). Having received the Government's Response, the Motion is hereby GRANTED WITHOUT OBJECTION. The Government's Response details the arrangements that have been made for the Defendants to meet for at least one hour each day in order to plan their defense strategy. The Response further indicates that the Defendants have already had several meetings in accordance with this arrangement. Therefore, the Court ORDERS that the Defendants be allowed to continue these daily meetings consistent with the scheduling and resources available at the Stafford County House of Corrections.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 4th day of March, 2009.