# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> v. ) <br> ) <br> **EDWARD BROWN,** ) <br> ) <br> **Defendant.** ) | Case No. 1: 09-cr-00030-GZS |

## NOTICE THAT DEFENDANT EDWARD BROWN DOES NOT WAIVE IN-PERSON APPEARANCE AT HIS RESENTENCING

Pursuant to the Court's Order, dated December 27, 2019, in 16-cv-00083-GZS, Defendant Edward Brown hereby notifies the Court that he does not waive an in-person appearance at his resentencing, and he requests that he be transported back to the District of New Hampshire for a to-be-rescheduled sentencing proceeding.

Date: January 11, 2020

Defendant
Edward Brown
By his Attorney,

By:  */s/Benjamin L. Falkner*
Benjamin L. Falkner
(NH Bar No. 17686)
KRASNOO, KLEHM & FALKNER LLP
28 Andover Street, Suite 240
Andover, MA 01810
(978) 475-9955
bfalkner@kkf-attorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and genuine copy of the within motion upon the Government via ecf on January 11, 2020.

*/s/ Benjamin L. Falkner*
Benjamin L. Falkner